# Court of Appeals
# of the State of Georgia

ATLANTA,  October 27, 2015

*The Court of Appeals hereby passes the following order:*

## A16D0068.  DANIEL OFOR v. STEVEN HUBBARD et al.

Daniel Ofor was convicted of failure to yield to emergency vehicle and disorderly conduct in the Municipal City Court of Jonesboro.  Ofor filed a petition for writ of certiorari in superior court, which the trial court dismissed on August 31, 2015.  On October 1, 2015, Ofor filed this application for discretionary appeal to challenge the superior court's order.  We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Here, Ofor filed his application 31 days after entry of the order he seeks to appeal.  Therefore, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  10/27/2015
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.